**No. 09-1207. Joseph P. Carson, Petitioner v. Merit Systems Protection Board.**

561 U.S. 1046, 131 S. Ct. 34, 177 L. Ed. 2d 1123, 2010 U.S. LEXIS 5602.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 906, 130 S. Ct. 3313, 176 L. Ed. 2d 1187, 2010 U.S. LEXIS 3977.